803 A.2d 1159

WILLIAM J. BRENNAN, PLAINTIFF–RESPONDENT, v. WILLIAM NORTON, ETC., ET AL., DEFENDANTS–RESPONDENTS.

(UNITED STATES COURT OF APPEALS—PETITIONER).

July 5, 2002.

This matter having come before the Court on a petition by the United States Court of Appeals for the Third Circuit for certification of a State question of law pursuant to *Rule* 2:12A;

And the Court having considered the petition and the submissions of counsel;

And good cause appearing;

IT IS ORDERED that the petition for certification is denied.

803 A.2d 1159

IN THE MATTER OF THE CIVIL COMMITMENT OF D.L.

IN THE MATTER OF THE CIVIL COMMITMENT OF C.M.

July 16, 2002.

Leave to appeal is granted.